UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADRIAN M. MAYORGA,<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | NO. CV-08-3027-RHW<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Joint Motion for Order of Dismissal (Ct. Rec. 21). The parties have resolved this case and seek its dismissal with prejudice.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Motion for Order of Dismissal (Ct. Rec. 21) is **GRANTED.**

2. The above-captioned matter is **dismissed with prejudice** and without costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order, provide copies to counsel, and **close the file**.

**DATED** this 9th day of June, 2009.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2008\Mayorga\dismiss.ord.wpd

**ORDER OF DISMISSAL** * 1